BEFORE THE FIRST DIVISION, DECEMBER 29, 1954

No. 58647.—E. S. Zerwekh Co. a/c D. P. Bushnell & Co. et al. v. United States, protests 226683–K (B), etc. (Los Angeles).

Opinion by WILSON, J.   It was stipulated that the merchandise and issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519).   In accordance with stipulation of counsel and following the cited case, the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).